Order entered August 18, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00096-CV

### DONNELL HILL, Appellant

### V.

### WELLS ASSET MANAGEMENT, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01039-B**

## ORDER

We **GRANT** appellant's August 14, 2015 motion for an extension of time to file an amended brief to the extent that appellant shall file an amended brief by **SEPTEMBER 14, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

We **DENY** appellant's August 14, 2015 motion requesting to speak with the Court.

/s/      ELIZABETH LANG-MIERS
          JUSTICE